UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NATHAN RAY HOGAN ) | No. 2:17-CR-12 |
|     also known as "Nasty" or "Nate" ) | JUDGE Greer |
| STEVEN ALAN HILLIARD ) | |
|     also known as "Stevie" ) | TO BE SEALED |
| MICHAEL J.W. POTTER ) | |
| TIMOTHY LEWIS GREEN ) | |
|     also known as "Big Tim" ) | |
| TAMMY LYNNETTE GOODSON ) | |
|     also known as "Tammy Mellons" ) | |
| KAYLA MARIE TATE ) | |
|     also known as "Kayla Brown" ) | |
| MISTY LYNN BORDERS ) | |
| SHAWN ANTHONY DUMITRAS ) | |
|     also known as "Roo" ) | |
| TRACY EDDY ARNOLD ) | |
| JONATHAN ANDY LOGAN DISHNER ) | |
|     also known as "JD" ) | |
| BRIAN ALLEN DANNER, ) | |
| JACOB WADE ARMSTRONG ) | |
|     also known as "Jake" ) | |
| CHASITY WENDOLYN WHITE ) | |
|     also known as "Chasity Fields" ) | |
| JOSEPH ANTHONY EDGE ) | |
|     also known as "Joey" ) | |
| PUANANA JOANN HANDY ) | |
| RODERICK LEO MCMORRIS ) | |
|     also known as "Raa Raa" ) | |
| TIMOTHY HOLT ) | |
| JERRY A. SMITH ) | |
| JEREMY MICHAEL WILSON ) | |
|     also known as "Jerm" ) | |
| JUSTIN MICHAEL FAULKNER ) | |
|     also known as "Mike" ) | |
| MELANIE DENNETTE GRAYBEAL ) | |
| MARK ALLEN MORRISON ) | |
| QUINTON DEWITT HATCHER ) | |

| | |
|---|---|
| also known as "Q" | ) |
| LANI DANIELLE HUTCHISON | ) |
|    also known as "Lani McGuire" | ) |
| JAMES ALLEN MULLINS | ) |
|    also known as "Jamie" | ) |

**FILED**

FEB 1 4 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 14th day of February, 2017.

                                            NANCY STALLARD HARR
                                            United States Attorney

                            BY:    *s/J. Gregory Bowman*
                                          J. GREGORY BOWMAN
                                          Assistant U.S. Attorney