UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:17-CR-12 |
| | ) | JUDGE GREER |
| STEVEN ALAN HILLIARD | ) | SEALED |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That STEVEN ALAN HILLIARD is now in the custody of the Sullivan County Detention Center, at Blountville, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant, STEVEN ALAN HILLIARD, in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, on March 21, 2017, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 1:30 p.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Sullivan County Detention Center, at Blountville, Tennessee, commanding him to produce the said STEVEN ALAN HILLIARD before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other

duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said STEVEN ALAN HILLIARD into his custody and possession at said Sullivan County Detention Center, at Blountville, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff, Sullivan County Detention Center, at Blountville, Tennessee, as aforesaid.

Respectfully submitted, this the 22nd day of February, 2017.

                              NANCY STALLARD HARR
                              UNITED STATES ATTORNEY

                    By:  *s/ J. Gregory Bowman*
                              J. GREGORY BOWMAN
                              ASSISTANT U.S. ATTORNEY