IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs  Steven Alan Hilliard                                   DATE  10/18/17

Case No.  CR-2-17-12           Time  1:15 p.m.           To  1:55 p.m.

===========================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

DEFENDANT(s)                                   DEFENSE ATTORNEY(s)
 Steven Alan Hilliard                           Angela Morelock

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s)   **1**   - Accepted

Plea Agreement filed on **08/16/17 [Doc. 274]**

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement


**SENTENCING DATE**  January 24, 2018 @ 1:30 p.m.   Before Honorable J. Ronnie Greer

Case 2:17-cr-00012-JRG-MCLC   Document 392   Filed 10/18/17   Page 1 of 1   PageID #: 3142